IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 14-cr-00096-PAB-24

UNITED STATES OF AMERICA,

     Plaintiff,

v.

24.    JESSICA TREJO-HUERTA,

     Defendant.

---

## ORDER

---

This matter is before the Court on the United States' Motion to Dismiss Remaining Counts [Docket No. 1104].  The Court has reviewed the pleading and is fully advised in the premises.  It is

**ORDERED** that the Motion to Dismiss Remaining Counts [Docket No. 1104] is granted.  Counts Forty-Six and Forty-Seven of the Second Superseding Indictment are dismissed as to defendant Jessica Trejo-Huerta only.

DATED August _7_, 2015.

BY THE COURT:

PHILIP A. BRIMMER
United States District Judge